IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| CENTRAL ILLINOIS CARPENTERS HEALTH AND WELFARE TRUST FUND, CARPENTERS RETIREMENT SAVINGS FUND OF ILLINOIS, CARPENTERS PENSION FUND OF ILLINOIS,  Plaintiffs, v. WHITE CONSTRUCTION, INC., Defendant. | ) ) ) ) ) ) ) ) ) )  Case No. ) ) ) ) ) |

# COMPLAINT

NOW COME Plaintiffs, CENTRAL ILLINOIS CARPENTERS HEALTH & WELFARE TRUST FUND *et. al*, by their attorneys, CAVANAGH & O'HARA LLP, complaining of the Defendant, WHITE CONSTRUCTION, INC., and allege as follows:

1.  This is a civil action under the Employee Retirement Income Security Act of 1974, as amended and codified at 29 U.S.C. §1001 *et seq.* ("ERISA") and the Labor Management Relations Act of 1947, as amended and codified at 29 U.S.C. §141 *et seq.* ("LMRA").

2.  The Plaintiffs are employee benefit funds maintained in accordance with the provisions of ERISA and the LMRA, and administered pursuant to the terms and provisions of Agreements and Declarations of Trusts, as amended and restated (the "Trust Agreements").

3.  Pursuant to Section 1132(e)(1) of ERISA, the District Court has jurisdiction over this cause as Plaintiffs seek to determine whether the Defendant has properly paid contributions due and owing to the Plaintiffs, and if contributions are found to be due and owing, the Plaintiffs seek to collect said contributions under Section 1145 of ERISA.  (See 29 U.S.C. §1132(e)(1)).

4. Plaintiffs are multiemployer benefit plans as they receive contributions from numerous employers pursuant to various collective bargaining agreements and participation agreements. (*See* 29 U.S.C. §1002).

5. Venue is proper in this action as the Central Illinois Carpenters Health & Welfare Fund's administrative office is located in Logan County, Illinois at 200 S. Madigan Drive, Lincoln, Illinois 62656. (*See* 29 U.S.C. §1132(e)(2)).

6. White Construction, Inc. ("Defendant") is an "Employer" engaged in an industry within the meaning of 29 U.S.C. §§1002 (5), (11), (12) and (14). The business address for Defendant is Clinton, Indiana 47842.

7. Beginning in November 1991, White Construction executed certain labor agreements which have required it to pay fringe benefit contributions to the Plaintiffs. (Exhibit 1.)

8. Pursuant to ERISA, 29 U.S.C. §1145, the Defendant is required to make contributions to the Plaintiffs in accordance with the terms and conditions of the labor agreements and Plaintiffs' Trusts Agreements. Plaintiffs' Trust Agreements, in pertinent part, are incorporated herein and attached as Exhibit 2.

9. Pursuant to the Trust Agreements, Plaintiffs are authorized to audit/examine the payroll books and records of the Defendant to determine whether it is making payments required under such Agreements. (Exhibit 2.)

10. Plaintiffs have made several requests to the Defendant to schedule an audit for the period from October 1, 2014 through current, but Defendant has refused to respond to Plaintiffs' requests. Copies of these requests and attempts to contact the Defendant are incorporated herein and attached as Exhibit 3.

11. Accordingly, the Plaintiffs respectfully seek the following relief:

   A. A Judgment or Order directing the Defendant to comply with provisions of the Plaintiffs' Trust Agreements that authorize the Plaintiffs to conduct payroll audits of the Defendant's records;

   B. Payment of unpaid contributions as determined through payroll audits or other sources of information;

   C. Interest on the unpaid contributions as authorized under the Plaintiffs' Trust Agreements or Section 1132(g)(2) of ERISA;

   D. Liquidated damages as authorized under the Plaintiffs' Trust Agreements or Section 1132(g)(2) of ERISA;

   E. Reasonable attorney's fees and costs of this action as authorized under the Plaintiffs' Trust Agreements or Section 1132(g)(2) of ERISA; and

   F. Any other legal or equitable remedies as the District Court deems appropriate.

CENTRAL ILLINOIS CARPENTERS HEALTH & WELFARE TRUST FUND *et al*.

By:   s/ John A. Wolters
JOHN A. WOLTERS
CAVANAGH & O'HARA LLP
2319 West Jefferson
Springfield, IL  62702
Telephone:  (217) 544-1771
Facsimile:  (217) 544-9894
johnwolters@cavanagh-ohara.com